STATE OF NEW MEXICO
COUNTY OF New Mexico (10TH) Cir
FIRST JUDICIAL DISTRICT COURT

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 04 2025

MITCHELL R. ELFERS
CLERK

Kevin Martinez
**Petitioner/Plaintiff,**

vs.

State Police State of New Mexico
**Respondent/Defendant.**

CIVIL ACTION
Case No. FEB. 27, 2025

**25cv221-GJF**

MOTION FOR/TO OPEN CLAIM FOR DAMAGES and INJUNCTION

I, Kevin Martinez, the Petitioner/Plaintiff/Respondent/Defendant [underline one] In the above-entitled action, requests the Court to consider the following:

On or about May 17, 2023 in the evening, I was at my place of Residence inside my home. The State police called from outside demanding for me to exit my home. I followed directions by coming outside with my hands in Air, Lay on my stomace. I was told to Roll over to my Back upon I was attacked by a police K-9. The K-9 Bit me serverly on my upper Right inside of my leg causing major damages. To this day the damage is continuing discomfort and pain. My claim is based on police brutality and unnessisary use of physical brutality.

[Do not write on the back of this document. Use additional paper if needed.]

I have contacted the other party:

_____ They agree with my motion. ~~(crossed out)~~

_____ They do not agree with my motion.

_____ They will not talk to me about my motion.

OR:

I have not contacted the other party because:

_____ I cannot talk to him/her because there is a protective order between us and he/she does not have a lawyer.

__X__ I have not talked to him/her because _I am currently incarcerated_

_____

_Kevin Martinez_    2/27/25
Signature

_Kevin Martinez_
Printed name

_PO Box 336_
Mailing address

_TA, NM, 87575_
City, State & Zip

_____
Telephone

## CERTIFICATE OF SERVICE

I hereby certify, that I mailed/hand-delivered/faxed (circle one) a copy of this pleading to: (provide name, address and phone number of all other parties and/or their attorneys.)

_____    _____

_____    _____

_____    _____

_____    _____

this _____ day of _____, 20___.

Kevin Martinez
Box 336
TA. NM. 87575

LEGAL MAIL

10 Cir District of New Mexico
333 Lomas N.W.
Albuquerque N.M. 87102

ALBUQUERQUE NM 870
28 FEB 2025 PM 3 L

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAR 03 2025
MITCHELL R. ELFERS
CLERK

87102-22730

